## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                                                   **No. 13-cv-0492 LH/SMV**

**2003 CHEVROLET SILVERADO 2500,**

     **Defendant,**

**and**

**RICHARD SANCHEZ,**

     **Claimant.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties have advised the Court that they have reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **December 31, 2013**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**